No. PD-0955-15R

# IN THE COURT OF CRIMINAL APPEALS
## AUSTIN, TEXAS

ROSS ALLEN HARTWELL

V.

THE STATE OF TEXAS

From Appeal No. 13-14-00087-CR
Trial Cause No. D-1-DC-13-904031
390TH Judicial District Court
Austin, Travis County, Texas

## FIRST MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now Ross Allen Hartwell, Petitioner, and files this Motion for an Extention of ninety (90) days in which to file Petition for Discretionary Review. In support of this motion Petitioner shows the Court the following:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

### I.

The Petitioner was convicted in the 390th Judicial District Court of Travis County, Texas of the offense of Aggravated Robbery, with an affirmative deadly weapon finding in cause no. D-1-DC-13-904031 styled State of Texas V. Ross Allen Hartwell.

The Petitioner appealed to the Court of Appeals, Thirteenth district in Appeal No. 13-14-00087-CR.

The case was Affirmed in part (conviction) on July 2, 2015.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

### II.

The present deadline for filing the Petition for Discretionary Review, is August 2, 2015. The Petitioner has _not_ requested any extention prior to this request.

### III.

Petitioners request for an extention is based upon the following facts:

First Motion For Extention Of Time to File Petition For Discretionary Review - Continued.

Petitioner was not notified of the decision of the Court of Appeals in this case until July 10, 2015. Petitioners Attorney on Appeal has informed Petitioner that he will not represent him on the Petition For Discretionary Review. Petitioner has been attempting to obtain legal counsel for this matter.

## PRAYER

Wherefore, Petitioner prays this court grant this Motion and extend the deadline for filing the Petition for Discretionary Review.

Ross Allen Hartwell
Ross Allen Hartwell
Petitioner, Pro Se
TDCJ-CID # 1893452
Bill Clements Unit
9601 Spur 591
Amarillo, Texas 79107-9606

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing First Motion For Extention of Time To File Petition For Discretionary Review has been Forwarded by U.S. mail, Postage Pre Paid, First class, to the Travis County District Attorneys Office, P.O. Box 1748, Austin, Texas 78767; On this day July 20, 2015.

Ross Allen Hartwell
Ross Allen Hartwell
Petitioner, Pro Se

## INMATE DECLARATION

I Ross Allen Hartwell, TDCJ-CID # 1893452, being presently incarcerated in the Bill Clements Unit of the Texas Dept. of Criminal Justice in Potter County, Texas verify and declare under penalty of perjury that the above and foregoing statements are true and correct

Executed this day July 20, 2015

Ross Allen Hartwell
Ross Allen Hartwell
Petitioner, Pro Se

## ORDER ON FIRST MOTION FOR EXTENTION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

BE IT REMEMBERED, that on this the _____ day of _____, _____, the foregoing Petitioners First Motion for Extention of Time To File Petition For Discretionary Review was heard and, after considering the same, it is the opinion of the Court of Criminal Appeals of Texas that the Petitioners motion be (GRANTED) (DENIED) and the deadline for filing the Petition For Discretionary Review in case no. _____ be extended to _____ _____ _____.


_____
Justice Presiding